United States Courts
Southern District of Texas
FILED

*August 06, 2025*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**4:25-mj-472**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25 cr 257 - ECM - JTA |
| | ) | [18 U.S.C. § 371; |
| GERRODE T. SMITH, | ) | 18 U.S.C. § 2113(b); and |
| ▄▄▄▄▄▄▄▄▄▄, | ) | 18 U.S.C. § 2113(a)] |
| DEVIN DE JUAN HUGHES, | ) | |
| ▄▄▄▄▄▄ ▄▄▄▄, | ) | |
| TODDERIQ ROSE, | ) | |
| ▄▄▄▄ ▄▄▄▄, | ) | |
| AUTUMN RIVERS, | ) | |
| ▄▄▄▄▄▄▄▄▄▄▄, | ) | |
| DANTE HAMILTON, JR., | ) | |
| ▄▄▄▄▄▄▄, | ) | |
| KENDALL D. COLES. | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Conspiracy)

1. Beginning on or about April 3, 2024 and continuing through on or about May 31, 2024, in Montgomery County, within the Middle District of Alabama, the defendants,



GERRODE T. SMITH,
▄▄▄▄▄▄ ▄▄▄▄▄▄▄,
DEVIN DE JUAN HUGHES,
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄,
TODDERIQ ROSE,
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄,
AUTUMN RIVERS,
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄,
DANTE HAMILTON, JR.,
▄▄▄▄▄▄▄▄▄, and
KENDALL D. COLES,

knowingly and willfully conspired and agreed together and with each other, to commit offenses against the United States, to wit: bank theft, in violation of Title 18, United States Code, Section 2113(b).

2.  In furtherance of the conspiracy and to achieve its objectives, the defendants committed at least the following overt acts in the Middle District of Alabama:

 a.  The defendants would conduct surveillance on the credit union or bank locations.

 b.  The defendants would steal a truck from a nearby residence.

 c.  The defendants would utilize a rental car to leave the area after abandoning the stolen truck.

 d.  The defendants would book AirBnBs in order to stay in the locations of the bank thefts.

 e.  The defendants would hook chains to an ATM machine, break into the ATM machine, and take the U.S. currency located inside the ATM machine.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
(Bank Theft)

On or about April 3, 2024, in Montgomery County, within the Middle District of Alabama, the defendants,



GERRODE T. SMTIH,
),
DEVIN DE JUAN HUGHES,
, and
AUTUMN RIVERS,

each being aided and abetted by the others, took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United States currency, belonging to, and in the care, custody, control, management, and possession of

MAX Credit Union, 3401 Malcolm Drive, Montgomery, AL a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

## COUNT 3
(Bank Theft)

On or about April 14, 2024, in Lee County, within the Middle District of Alabama, the defendants,

GERRODE T. SMTIH,
, and
AUTUMN RIVERS,

each being aided and abetted by the others, took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United States currency, belonging to, and in the care, custody, control, management, and possession of MAX Credit Union, 3021 Frederick Road, Suite 1, Opelika, AL a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

## COUNT 4
(Bank Theft)

On or about April 15, 2024, in Chilton County, within the Middle District of Alabama, the defendants,

TODDERIQ ROSE and
KENDALL D. COLES,

each being aided and abetted by the others, took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United States currency, belonging to, and in the care, custody, control, management, and possession of

Mutual Savings Credit Union, 1501 7th Street North, Clanton, AL, a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

## COUNT 5
(Bank Theft)

On or about May 10, 2024, in Montgomery County, within the Middle District of Alabama, the defendants,



DANTE HAMILTON, JR., and
AUTUMN RIVERS,

each being aided and abetted by the others, took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United States currency, belonging to, and in the care, custody, control, management, and possession of MAX Credit Union, 11020 Chantilly Parkway, Montgomery, AL, a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

## COUNT 6
(Bank Theft)

On or about May 13, 2024, in Montgomery County, within the Middle District of Alabama, the defendants,

GERRODE T. SMTIH,
DEVIN DE JUAN HUGHES,
███████,
███████, and
AUTUMN RIVERS,

each being aided and abetted by the others, took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United

States currency, belonging to, and in the care, custody, control, management, and possession of MAX Credit Union, 11020 Chantilly Parkway, Montgomery, AL, a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

COUNT 7
(Bank Robbery)

On or about May 31, 2024, in Montgomery County, within the Middle District of Alabama, the defendants,

GERRODE T. SMTIH,
DEVIN DE JUAN HUGHES,
, and
AUTUMN RIVERS,

each being aided and abetted by the others, by force, violence, and intimidation, did take from the person or presence of another money, namely United States currency, belonging to and in the care, custody, control, management, and possession of Wells Fargo, 6420 Atlanta Highway, Montgomery, AL a bank whose deposits were then insured by the Federal Deposit Insurance Company, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

Original Signature on File

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Tara S. Ratz
Assistant United States Attorney